AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
USMS District of Columbia District Court at 5:55 pm, Aug 27, 2025

| United States of America | ) |
|---|---|
| v. | ) |
| Renita Latisha McIntyre | ) |
| DOB: 06/05/1975 | ) |
| PDID: 770-830 | ) |
|  | ) |
| Defendant | ) |

Case: 1:25-mj-00185
Assigned To: Judge Zia M. Faruqui
Assign. Date: 8/27/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Renita Latisha McIntyre,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (Assaulting, resisting, or impeding certain officers and employees of the United States).

Date: 08/27/2025

Zia M.Faruqui
Digitally signed by Zia M.Faruqui
Date: 2025.08.27 17:31:14 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/27/25, and the person was arrested on *(date)* 8/27/25
at *(city and state)* Washington DC.

Date: 8/27/25

*Arresting officer's signature*

Daniel Padilla  DUSM
*Printed name and title*