UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **RENITA L. MCINTYRE,** <br><br> Defendant. | Case No. 25-mj-00185 (ZMF) |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against Defendant Renita L. McIntyre, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). On August 27, 2025, the defendant was charged by Complaint in the District Court for the District of Columbia with one count of assaulting, resisting, or impeding certain officers and employees of the United States pursuant to 18 U.S.C. § 111(a)(1), for alleged criminal acts that occurred on or about August 26, 2025. A preliminary hearing is currently scheduled for September 18, 2025, at 11:00 before Magistrate Judge Harvey.

At her initial appearance on August 27, 2025, the Court was informed that the defendant had a pending charge in the Superior Court for the District of Columbia, Case No. 2024CMD0009475, and that she was held in that matter until a September 29, 2025 hearing. On September 12, 2025, an Information was filed in the Superior Court for the District of Columbia in Case No. 2025 CSPSLD 000661, charging the defendant with two counts of assault on a police officer (misdemeanor), relating to the defendant's alleged acts on or about August 26,

2025.[1] The Government has determined that dismissal of this matter in the District Court for the District of Columbia is in the interests of justice. Therefore, the Government requests that the Court dismiss the criminal complaint against the defendant Renita L. McIntyre without prejudice and vacate the hearing scheduled for September 17, 2025 at 11:00 a.m.

On September 15, 2025, the government requested consent from defense counsel for the instant motion. Government counsel anticipates that defense counsel will file a motion to dismiss this matter with prejudice, which the government opposes.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____/s/ Diane G. Lucas_____
DIANE G. LUCAS
D.C. Bar No. 443610
Assistant United States Attorney
United States Attorney's Office
District of Columbia
202-252-7724
Diane.Lucas@usdoj.gov

---

[1] It is government counsel's understanding that that defense counsel will accept service of the Summons issued in the Superior Court matter.